IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| William Anthony Wallace, | ) | C/A NO. 4:07-388-CMC-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Prison Health Care Services, Alvin S. Glenn | ) | |
| Detention Center, NFN Price, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the court on Plaintiff's motion for an extension of time to respond to Defendants' motions for summary judgment. On October 22, 2007, Magistrate Judge Thomas E. Rogers, III, issued a Report and Recommendation that this matter be dismissed for failure to prosecute. Plaintiff gave his motion to prison authorities on this same day.

As Plaintiff has indicated that he intends to respond to Defendants' motions, the court declines to adopt the Report and Recommendation and resubmits this matter to the Magistrate Judge for further consideration.

Plaintiff's motion is **granted**. Plaintiff shall respond to Defendants' motions for summary judgment by **Monday, November 26, 2007.**

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
November 1, 2007

C:\Documents and Settings\guest\Local Settings\Temp\notesE1EF34\07-388 Wallace v. Health Care System e gr m to exttime returning to USMJ.wpd